IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) 4:21MC001035 RWS |
| RICHARD P. LIEBOWITZ | ) |

### ORDER TO SHOW CAUSE

A copy of an order demonstrating the imposition of discipline upon Richard P. Liebowitz by the Supreme Court of the State of New York has been filed with this Court and is attached hereto. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement,

**IT IS HEREBY ORDERED** that Richard P. Liebowitz shall show cause in writing within thirty days after service of this order why the same discipline ordered by the Supreme Court of the State of New York should not be imposed by this Court for one or more of the reasons set forth in Local Rule 12.02 and the Rules of Disciplinary Enforcement.

**IT IS FURTHER ORDERED** that a copy of this Order shall be email and by U.S. Mail to Respondent at Liebowitz Law Firm PLLC, 11 Sunrise Avenue, #305, Valley Stream, NY 11580.

So Ordered this 22nd day of November, 2021.

Rodney W. Sippel
Chief United States District Judge