# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **RICHARD P. LIEBOWITZ,** | ) | 4:21MC01035 RWS |
| Respondent. | ) | |
| | ) | |

## ORDER

This Court has been advised that Respondent **Richard P. Liebowitz** has been suspended from the practice of law by the Supreme Court of the State of New York [ECF No. 1].

Respondent has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated November 22, 2021 directing Respondent to show cause in writing within thirty days after service of that order why the final discipline prescribed by the Supreme Court of the State of New York should not be imposed by this Court [ECF No. 2]. The record reflects that a response to the Order to Show Cause has not been filed. This Court, therefore, finds that the identical discipline ordered by the Supreme Court of the State of New York should be imposed pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent Richard P. Liebowitz be **suspended** from the practice of law in the United States District Court for the Eastern District of Missouri until further Order of this Court.

**So Ordered this 31st day of January, 2022.**

**BY THE COURT:**

_____        _____
Chief Judge Rodney W. Sippel            Judge Henry E. Autrey

_____
Judge Audrey G. Fleissig

_____
Judge Ronnie L. White

_____
Judge Sarah E. Pitlyk

_____
Senior Judge E. Richard Webber

_____
Senior Judge Catherine D. Perry

_____
Judge John A. Ross

_____
Judge Stephen R. Clark

_____
Judge Matthew T. Schelp

/s/ Jean C. Hamilton
Senior Judge Jean C. Hamilton

_____
Senior Judge Stephen N. Limbaugh, Jr.

*In re: Richard P. Liebowitz, 4:21MC01035 RWS – page 2 of 2.*